IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH CALDWELL,

    Plaintiff,

vs.        Case No. 1:20-cv-00003-JB-JFR

UNIVERSITY OF NEW MEXICO BOARD OF REGENTS,
NASHA TORREZ,
EDDIE NUNEZ,
LOBO DEVELOPMENT CORPORATION, and
ACC OP (UNM SOUTH) LLC,

    Defendants.

### PLAINTIFF'S RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL AS TO LOBO DEVELOPMENT CORPORATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joseph Caldwell hereby voluntarily stipulates to the dismissal of his claims, without prejudice, against Lobo Development Corporation, with Plaintiff and Lobo Development Corporation to each bear their own fees and costs.  This stipulation is signed by all parties who have appeared.

    Respectfully submitted,

    JUSTINE FOX-YOUNG, P.C.

    By: /s/
        Justine Fox-Young
        201 12th Street, N.W.
        Albuquerque, New Mexico  87102-1815
        Telephone: (505) 796-8268
        Facsimile: (505) 213-0766
        justine@foxyounglaw.com

KENNEDY, HERNANDEZ & ASSOCIATES, P.C.
    Paul J. Kennedy
    201 12th Street, N.W.
    Albuquerque, New Mexico  87102-1815
    Telephone: (505) 842-8662
    Facsimile: (505) 842-0653
    pkennedy@kennedyhernandez.com

*Attorneys for Plaintiff*


MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By: */s/ Alex Walker*
    Alex C. Walker (awalker@modrall.com)
    Timothy C. Holm (tholm@modrall.com)
    Post Office Box 2168
    Albuquerque, New Mexico  87103-2168
    Telephone: (505) 848-1800
    Facsimile: (505) 848-9710

*Attorneys for Lobo Development Corporation*

UNIVERSITY OF NEW MEXICO
OFFICE OF UNIVERSITY COUNSEL

By: */s/*
    Patrick J. Hart
    Associate University Counsel
    1 University of New Mexico
    MSC05 3440
    Albuquerque, New Mexico  87131-0001
    Telephone: (505) 277-3443
    pahart@salud.unm.edu

PARK & ASSOCIATES, LLC

By:      */s/*
    Larry Marcus
    3840 Masthead St., NE
    Albuquerque, NM 87109
    (505) 246-2805
    (505) 246-2806 (F)

*Attorneys for UNM Defendants*

2

I HEREBY CERTIFY that on the 31st day of January, 2020, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

JUSTINE FOX-YOUNG, P.C.

By: /s/
    JUSTINE FOX-YOUNG

3