## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**JOSEPH CALDWELL,**

       **Plaintiff,**

**vs.**                                         **NO. 1:20-cv-00003 JB/JFR**

**UNIVERSITY OF NEW MEXICO BOARD OF**
**REGENTS, NASHA TORREZ,**
**EDDIE NUÑEZ,**
**LOBO DEVELOPMENT CORPORATION, and**
**ACC OP (UNM SOUTH) LLC,**

       **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF UNIVERSITY OF NEW MEXICO BOARD OF REGENTS

COME NOW the Plaintiff, Joseph Caldwell, by and through his Counsel of Record, Kennedy, Hernandez, and Associates (Paul J. Kennedy) and Justine Fox-Young, P.C. (Justine Fox-Young), Defendants University of New Mexico Board of Regents ("UNM"), Nasha Torrez, and Eddie Nuñez, by and through their Counsel of Record, Park & Associates, LLC (Alfred A. Park and Lawrence M. Marcus), and Defendant ACC OP (UNM South) L.L.C., by and through its Counsel of Record, Butt, Thornton, & Baehr, P.C. (Agnes F. Padilla), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate to the dismissal of all causes of action brought, or which could have been brought, against UNM in the above styled cause. All parties shall bear their own costs and fees.

Respectfully submitted,

PARK & ASSOCIATES, L.L.C.


By: /s/ Lawrence M. Marcus

Alfred A. Park
Lawrence M. Marcus
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
*Counsel for Defendants UNM, Nuñez, and Torrez*


KENNEDY, HERNANDEZ & ASSOCIATES,
P.C.; JUSTINE FOX-YOUNG, P.C.

By: **electronic approval 3/10/2020**
Paul J. Kennedy
201 12th Street, N.W.
Albuquerque, NM 87102-1815
(505) 842-8662
(505) 842-0653 Facsimile
pkennedy@kennedyhernandez.com

&

Justine Fox-Young
201 12th Street, N.W.
Albuquerque, NM 87102-1815
(505) 796-8268
(505) 213-0766 Facsimile
justine@foxyounglaw.com
*Counsel for Plaintiff*


BUTT, THORNTON, & BAEHR

By: **telephonic approval 3/10/2020**
Agnes F. Padilla
4101 Indian School Rd. NE
Ste. 300
P.O. BOX 3170
Albuquerque, NM 87190
(505)884-0777
afpadilla@btblaw.com
*Counsel for Defendant ACC OP (UNM South), L.L.C.*

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF filing system to all counsel of record on this ___10th___ day of March 2020.


/s/      Lawrence M. Marcus
Lawrence M. Marcus