IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH CALDWELL,

    Plaintiff,

vs.                                                                                                                                                                No. CIV 20-0003 JB/JFR

UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS; NASHA TORREZ;
LOBO DEVELOPMENT CORPORATION;
ACC OP (UNM SOUTH) LLC and EDDIE
NUÑEZ,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Plaintiff's Rule 41(a)(1)(A)(ii) Stipulation of Dismissal as to Lobo Development Corporation, filed January 30, 2020 (Doc. 18) ("Lobo Development Stipulation"); (ii) the Stipulation of Dismissal With Prejudice of University of New Mexico Board of Regents, filed March 10, 2020 (Doc. 26)("Board of Regents Stipulation"); (iii) the Stipulation of Dismissal With Prejudice of ACC OP (UNM South) LLC, filed August 26, 2020 (Doc. 50)("ACC OP Stipulation"); (iv) the Order, filed November 30, 2020 (Doc. 51)("Nuñez Order"); and (v) the Order, filed March 29, 2021 (Doc. 60)("Torrez Order"). In the Lobo Development Stipulation, Plaintiff Joseph Caldwell "voluntarily stipulates to the dismissal of his claims, without prejudice, against Lobo Development Corporation." Lobo Development Stipulation at 1. In the Board of Regents Stipulation, Caldwell and Defendants University of New Mexico Board of Regents, Nasha Torrez, Eddie Nuñez, and ACC OP (UNM South) LLC "stipulate to the dismissal of all causes of action brought, or which could have been brought, against [University of New Mexico Board of Regents] in the above styled cause." Board

of Regents Stipulation at 1.  In the ACC OP Stipulation, Caldwell, Torrez, Nuñez, and ACC OP "stipulate to the dismissal of all causes of action brought, or which could have been brought, against ACC OP (UNM South) in the above styled cause, with prejudice."  ACC OP Stipulation at 1.  In the Nuñez Order, the Court grants Nuñez' request for judgment on the pleadings, dismissing the claims against him.  See Nuñez Order at 1-2.  In the Torrez Order, the Court grants Torrez' request for judgment on the pleadings, dismissing the claims against her.  See Torrez Order at 1-3.  With no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case.  See Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that: (i) Plaintiff Joseph Caldwell's claims against Defendant Lobo Development Corporation are dismissed without prejudice; (ii) Caldwell's claims against Defendants University of New Mexico Board of Regents, Nasha Torrez, ACC OP (UNM South) LLC, and Eddie Nuñez are dismissed with prejudice; (iii) this case is dismissed; and (iv) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Justine Fox-Young
Justine Fox-Young, P.C.
Albuquerque, New Mexico

-- and --

Paul J. Kennedy
Kennedy, Hernandez & Harrison, P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Patrick J. Hart
Office of University Counsel, University of New Mexico
Albuquerque, New Mexico

-- and --

Alfred A. Park
Geoffrey D. White
Park & Associates, LLC
Albuquerque, New Mexico

    *Attorneys for Defendants University of New Mexico Board of Regents, Nasha Torrez, and Eddie Nuñez*

Agnes F. Padilla
Butt Thornton & Baehr PC
Albuquerque, New Mexico

    *Attorneys for Defendant ACC OP (UNM SOUTH) LLC*